# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

160450 & (77)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES MICHAEL FRANKS,
      Defendant-Appellant.

SC: 160450
COA: 341238
Macomb CC: 2017-000056-FC

_____/

On order of the Court, the motion to supplement application is GRANTED. The application for leave to appeal the September 26, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t1019

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



Clerk